# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18-CR-2889-JM |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER TO DISMISS INFORMATION WITH PREJUDICE** |
| v. | |
| TRAIT BEAU TRES, | |
| Defendant. | |

Upon Motion of the United States, and good cause appearing,

**IT IS HEREBY ORDERED** that the criminal Information in the above-entitled case be dismissed with prejudice, pursuant to Fed. R. Crim. P. 48(a).

**SO ORDERED.**

DATED: 07/13/2020

For *Janis L. Sammartino*
**HONORABLE JEFFREY MILLER**
United States District Judge